ORDER

Notwithstanding the prohibitions against broadcasting, televising, recording, or taking photographs in the courtroom or and adjacent areas in the Code of Judicial Conduct Canon 3B(12), the Supreme Court, following discussions initiated by the Indiana Broadcasters Association, in conjunction with the Hoosier State Press Association, will authorize a limited pilot project for video and audio coverage, still news photography, and radio news coverage, of proceedings in certain Indiana trial courtrooms, under the following terms:
1. Term. July 1, 2006-December 31, 2007.
2. Consent. Coverage by camera and/or recorder as provided in this order may not be permitted except upon the written consent of the trial judges and the parties involved.
3. Scope. All civil and criminal proceedings will be eligible for camera and recorder coverage by the news media, except for proceedings not open to the public, either by state statute or Indiana Supreme Court rules. Additionally, the presiding judge shall have the authority to interrupt or prohibit the coverage of any part of a trial or proceeding if he or she deems such stoppage appropriate to meet the ends of justice.
4. Prohibitions Regarding Coverage. The presiding judge shall prohibit the filming and audio recording of the following:
a. Police informants;
b. Undercover agents;
c. Minors;
d. Victims of sexual abuse, assault, or other sex-related offenses;
e. For the purposes of this pilot project, a trial judge shall prohibit all camera and audio recording, taping, or broadcast of a juror or jurors in the courthouse.
f. Witnesses at sentencing hearings.
g. The trial judge has the discretion to allow post-verdict audio and videotaping of juror interviews or press conferences, with the juror’s or jurors’ consent.
The presiding judge shall prohibit the audio recording of the following:
a. Parties and counsel engaged in attorney-client communications;
b. Counsel engaged in co-counsel communications:
*1162 c. Bench conferences.
5. Cameras. News cameras and audio equipment must not be intrusive of the judicial process. No more than one (1) video camera, one (1) still camera, and three (3) audio tape recorders are permitted in a courtroom during a trial. The still camera to be utilized is prohibited from using a flash or motorized film advancement. An existing audio system is to be used whenever adequate. Camera and recorder locations are to be set up only in areas designated by the presiding judge after consultation with the media. All cameras must be on tripods and produce no distracting sound.
6. Media Personnel. Media personnel themselves are to be non-intrusive to the judicial process. Personnel may enter and leave only prior to the commencement of proceedings, during recess, or after adjournment. Appropriate attire is required.
7. Equipment. Media equipment can be set up or removed only prior to the commencement of proceedings, during recess, or after adjournment. There are to be no distracting lights or sounds.
8. Evaluation. The project will be evaluated by the Supreme Court, in consultation with the Indiana Broadcasters Association and the Hoosier State Press Association as described in Exhibit A. All costs of the evaluation will be paid by the news media.
9. Pool Coverage. For each trial court involved in this pilot proposal, the media shall designate a coordinator whose responsibility shall be securing compliance with these provisions and coordinating a pooling arrangement. Specifics of the pool covered will be determined by the trial judge, in consultation with a representative from the Indiana Supreme Court. The media shall agree in advance of court proceedings as to the appropriate pooling arrangement. If the media cannot so agree, camera or audio recording coverage shall not be permitted. The purpose of this provision is to eliminate the necessity of involving the presiding judge in the resolution of any such dispute.
10. Judges. The following judges have given their consent to participate in a Supreme Court approved pilot project that would permit news cameras and recorders in their courtroom and thus are offered as appropriate candidates for purposes of presiding over court proceedings during the time of this Pilot Project:
1. Allen Superior Court Nancy E. Boyer 260.449.7634
2. Warrick Superior Court Robert R. Aylsworth 812.897.6213
3. Delaware Circuit Court Robert Barnett, Jr. 765.747.7782
4. Marion Superior Court Criminal Division # 2 Robert R. Altice 317.327.4996
5. Marion Superior Court Criminal Division # 4 Patricia J. Gifford 317.327.4524
6. Montgomery Circuit Court Thomas K. Milligan 765.364.6450
7. St. Joseph Circuit Court Michael G. Gotsch 574.235.9551
8. Vanderburgh Superior Court Wayne Trockman 812.435.5407
The Clerk is directed to send copies of this order to the trial judges listed in paragraph 10; to Daniel P. Byron, Bing-ham & McHale, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204; to Stephen Key, Hoosier State Press Association, One Virginia Avenue, Suite 701, Indianapolis, IN 46204; to Chief Judge Kirsch, Indiana Court of Appeals,
*1163 SHEPARD, C.J., and SULLIVAN and BOEHM, JJ., concur.
DICKSON, J., dissents with opinion, in which RUCKER, J., joins.